# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff(s) )<br>)<br>v. )<br>)<br>$16,000.00 IN U.S CURRENCY )<br>)<br>Defendant(s) )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:10-cv-00967<br><br>United States Court<br>Southern District of T....<br>FILED<br><br>NOV 22 2010<br><br>David J. Bradley, Clerk of Court |

## CLAIM FOR SEIZED PROPERTY

Defendant in rem is approximately $16,000.00 in U.S currency that was seized at the George Bush Intercontinental Airport in Houston, Texas from me, Maria Eugenia Baclini on February 26th, 2010.

It is of my interest and intention to recover my property of $16,000.00 in U.S. currency. I do apologize to The United States of America for my procedures and ask for understanding since I have difficulties with the english language plus the distance between the countries wich make things more difficult for me.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 12th, 2010

*[signature]*
Maria Eugenia Baclini

Date:  NOVEMBER 12TH, 2010

_____
MARIA EUGENIA BACLINI
MONTEVIDEO 268
2000 ROSARIO, ARGENTINA
mariubaclini@hotmail.com
+ 54 341 447 5060
+ 54 9 341 6952 466 cell