UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-00967 |
| | § | |
| $16,000.00 IN U.S. CURRENCY, | § | |
| Defendant in rem | § | |

**AGREED UNITED STATES MOTION FOR AN AGREED
FINAL JUDGMENT OF FORFEITURE**

United States of America, Plaintiff, and Maria Eugenia Baclini, Claimant, have settled this case and have agreed to the following:

a. $8,000 shall be forfeited to the United States, and

b. $8,000, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned to the Claimant.

With the concurrence of Maria Eugenia Baclini, Claimant, the United States moves for a final judgment of forfeiture.

Date: November 10, 2010.

           Respectfully submitted,
           José Angel Moreno
           United States Attorney

By: s/Albert Ratliff
Albert Ratliff
Assistant United States Attorney
Attorney-in-Charge
NY Bar No. 1073907
Federal Bar No. 6764
United States Attorney's Office
P. O. Box 61129, Houston, Texas  77208
E-mail: albert.ratliff@usdoj.gov
Office: (713) 567-9579
Fax: (713) 718-3300

Agreed as to form and substance:

_____
Maria Eugenia Baclini, Claimant